No. 96–8451.  KROEMER v. IRVIN, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 96–8453.  COURTNEY v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 6th Cir.  Certiorari denied.

No. 96–8460.  MOORE v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 96–8461.  BLANDINO v. LIPPOLD ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–8462.  SMITH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–8466.  FETT v. MORRIS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 96–8475.  CARSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 96–8477.  CORNISH v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–8481.  JUVENILE MALE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–8482.  MERRITT v. BUREAU OF PRISONS ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 96–8485.  SIMS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–8488.  BUTLER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–8490.  WALKER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–8492.  DEBOWALE v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–8495.  COHEN v. COUNTY OF SARPY, NEBRASKA, ET AL.  C. A. 8th Cir.  Certiorari denied.